5

1        **PRESIDING COMMISSIONER ENG:**  Okay.

2    Counselor, are you satisfied that your client's

3    ADA rights have been met?

4        **ATTORNEY STRINGER:**  I am, Commissioner.  In

5    my judgment, my client can meaningfully

6    participate in this hearing.

7        **PRESIDING COMMISSIONER ENG:**  Okay.  Thank

8    you.  This hearing is being conducted pursuant to

9    the Penal Code and the rules and regulations of

10   the Board of Parole Hearings governing parole

11   consideration hearings for life inmates.  The

12   purpose of today's hearing is to once again

13   consider your suitability for parole, and in doing

14   so we'll consider the number and nature of the

15   crimes for which you were committed, your prior

16   criminal and social history, your behavior and

17   programming since your commitment, and your plans

18   if released.  We've had the opportunity to review

19   your Central File and you'll also have the

20   opportunity to correct or clarify the record.

21   We'll consider your progress since your

22   commitment, your counselor's reports, and your

23   mental health evaluations.  We'll focus on your

24   progress and any new reports since your last

25   hearing, so any changes in parole plans should be

26   brought to our attention.  We will reach a

27   decision today and inform you whether or not we

6

1    find you suitable for parole and the reasons for

2    our decision.  So if you are found suitable for

3    parole --

4        **INMATE SUEGA:**  Uh-huh.

5        **PRESIDING COMMISSIONER ENG:**  -- then the

6    length of your confinement will be fully explained

7    to you at that time.  So before we recess for

8    deliberations, the District Attorney's

9    representative on video, your attorney and you

10   yourself will have an opportunity to make a final

11   statement regarding your suitability for parole,

12   and again, your statement should just be focused

13   on your parole suitability.

14       **INMATE SUEGA:**  Uh-huh.

15       **PRESIDING COMMISSIONER ENG:**  So we'll then

16   recess, clear the room and deliberate, and once

17   we've completed those deliberations, we will

18   resume the hearing and announce our decision.  The

19   California Code of Regulations states that

20   regardless of time served, a life inmate shall be

21   found unsuitable for and denied parole if in the

22   judgment of the panel the inmate would pose an

23   unreasonable risk of danger to society if released

24   from prison.  So you have certain rights.  Those

25   rights include the right to a timely notice of

26   this hearing, the right to review your Central

27   File, and the right to present relevant documents.

7

1  Okay.  Counselor, have your client's rights been

2  met?

3       **ATTORNEY STRINGER:**  As to those rights, yes,

4  Commissioner.

5       **PRESIDING COMMISSIONER ENG:**  Okay.  And you

6  have the additional right to be heard by an

7  impartial panel.  Okay.  You've been introduced to

8  the panel, and do you have any objections?

9       **INMATE SUEGA:**  No.

10       **PRESIDING COMMISSIONER ENG:**  Okay.

11  Counselor, do you have any objections to the

12  panel?

13       **ATTORNEY STRINGER:**  I do not.

14       **PRESIDING COMMISSIONER ENG:**  Sir, you'll

15  receive a copy of our written tentative decision

16  today, and that decision becomes final within 120

17  days, so a copy of the decision and a copy of the

18  transcript will be sent to you.  On May 1st of

19  2004, the regulations regarding your right to

20  appeal a decision made at this hearing were

21  repealed, so now you have to go through the courts

22  in order to appeal --

23       **INMATE SUEGA:**  Uh-huh.

24       **PRESIDING COMMISSIONER ENG:**  -- and if you

25  have any questions about that process, you can

26  talk with your legal counsel, or you could see if

27  you can review the policy at your prison law

8

1   library.  So you're not required to admit to or

2   discuss your offense, however, the panel does

3   accept as true the findings of the court.

4          **INMATE SUEGA:**  Uh-huh.

5          **PRESIDING COMMISSIONER ENG:**  Do you

6   understand what that means?

7          **INMATE SUEGA:**  Yes.

8          **PRESIDING COMMISSIONER ENG:**  So Commissioner

9   Filangeri, do -- is there any confidential

10  material in the file that will be used today?

11         **DEPUTY COMMISSIONER FILANGERI:**  There is

12  none.

13         **PRESIDING COMMISSIONER ENG:**  Okay.  I did

14  not pass the hearing checklist around.  Mr.

15  Jacobs, I'm sorry I --

16         **DEPUTY DISTRICT ATTORNEY JACOBS:**  Yes?

17         **PRESIDING COMMISSIONER ENG:**  -- I forgot to

18  check with you to see if you have all the same

19  exhibits as we do.  Items 1 through 5 are checked

20  off?

21         **DEPUTY DISTRICT ATTORNEY JACOBS:**  Yes.

22         **PRESIDING COMMISSIONER ENG:**  Under 5,

23  "Notices and Responses"?

24         **DEPUTY DISTRICT ATTORNEY JACOBS:**  Yes.

25         **PRESIDING COMMISSIONER ENG:**  Okay.  The

26  legal documents, we have the Probation Officer's

27  Report, the Abstract --

9

1          **DEPUTY DISTRICT ATTORNEY JACOBS:**  Yes.

2          **PRESIDING COMMISSIONER ENG:**  -- Abstract of

3     Judgment and Sentencing transcripts.

4          **DEPUTY DISTRICT ATTORNEY JACOBS:**  Yeah.

5          **PRESIDING COMMISSIONER ENG:**  Okay.

6          **DEPUTY DISTRICT ATTORNEY JACOBS:**  Yes.

7          **PRESIDING COMMISSIONER ENG:**  Okay.  And I'm

8     giving that to your legal counsel.  And sir, just

9     so you know, we try to sign off on this to make

10    sure that all of us have basically the same set of

11    documents --

12         **INMATE SUEGA:**  Yeah.

13         **PRESIDING COMMISSIONER ENG:**  -- that we're

14    operating from for your hearing.

15         **INMATE SUEGA:**  Right.

16         **PRESIDING COMMISSIONER ENG:**  Okay.  Okay.

17    Thank you.  That is Exhibit 1.  Okay.  So

18    Counselor, are there any additional documents to

19    be submitted to the panel this afternoon?

20         **ATTORNEY STRINGER:**  Not at this time,

21    Commissioner.  I would reserve the right to submit

22    at a later date, during the course of this

23    hearing, if we have the documents.

24         **PRESIDING COMMISSIONER ENG:**  Oh.  All right.

25    Okay.  And are there any preliminary objections?

26         **ATTORNEY STRINGER:**  We're ready to proceed.

27         **PRESIDING COMMISSIONER ENG:**  Okay.  Fine.

10

1   So will your client be speaking with the panel

2   this afternoon?

3         ATTORNEY STRINGER:  He will.

4         PRESIDING COMMISSIONER ENG:  On all matters?

5         ATTORNEY STRINGER:  Yes.

6         PRESIDING COMMISSIONER ENG:  Okay.  Sir,

7   I'll have to swear you in.  Please raise your

8   right hand.  Okay.  Do you solemnly swear and

9   affirm that the testimony you give at this hearing

10  will be the truth, the whole truth, and nothing

11  but the truth?

12        INMATE SUEGA:  Yes.

13        PRESIDING COMMISSIONER ENG:  Okay.  So I'm

14  going to read into the record the Statement of

15  Facts, and I'm taking that from the Probation

16  Officer's Report, pages 2 through 3, under

17  "Circumstance of the Offense":

18        "On January 21st, 1989, at

19         approximately 11:30 p.m., there was a

20         party at the Veterans of Foreign Wars

21         Hall at 1130 West Anaheim Street,

22         Wilmington.  During the party there

23         was a fight in the parking lot and the

24         security guard, also victim, broke up

25         the fight and refused to let any

26         outsiders into the Hall.  Within

27         minutes, several West Side Wilmas,

11

1    W-I-L-M-A-S, gang members arrived and

2    they were armed with bats and pipes,

3    and they began beating on the closed

4    door.  Then, defendant arrived at the

5    location and he had an Uzi.  As he

6    approached the door, he asked his

7    codefendant, Arthur Sierra,

8    S-I-E-R-R-A, quote, 'Should I shoot?'

9    unquote, and his codefendant told him

10   to shoot the door.  Defendant then

11   fired 11 rounds into the door, which

12   penetrated the door, and struck the

13   security guard, David Ryan, R-Y-A-N,

14   who was standing in front of the door.

15   He was hit with several bullets and

16   died at the scene.  Also, two other

17   victims inside the Hall were hit,

18   Priscilla, P-R-I-S-C-I-L-L-A, Perez,

19   P-E-R-E-Z, age five, hit in the leg

20   area, and Louis, L-O-U-I-S, Cortez,

21   C-O-R-T-E-Z, age 18, also hit in the

22   right leg area.  After the shooting

23   defendant and his codefendants fled.

24   Los Angeles police officers were

25   called, and after an investigation,

26   defendant and his codefendants were

27   later arrested."

12

1    Sir, is that an accurate description of what

2    occurred on that evening of January 21st, 1989?

3           INMATE SUEGA:  Yes.

4           PRESIDING COMMISSIONER ENG:  Whose Uzi was

5    that?

6           INMATE SUEGA:  It was Shawn's.  We got it

7    from my house.  I don't know where he got it.  I

8    knew where he got it from, but I don't know who

9    the Uzi belonged to.

10          PRESIDING COMMISSIONER ENG:  What was your

11   experience handling weapons up to that point?

12          INMATE SUEGA:  None, exactly.

13          PRESIDING COMMISSIONER ENG:  I see that you

14   were 18 at the --

15          INMATE SUEGA:  Seventeen.

16          PRESIDING COMMISSIONER ENG:  Were you -- you

17   were actually 17 at the time --

18          INMATE SUEGA:  Yes.

19          PRESIDING COMMISSIONER ENG:  -- of the

20   crime?  Okay.  And you were -- were you a member

21   of a gang?

22          INMATE SUEGA:  Not actually a member.  I was

23   trying to be.  I wanted to be, basically.

24          PRESIDING COMMISSIONER ENG:  So tell me,

25   when was the first time you had handled a gun?

26          INMATE SUEGA:  Never.  Just BB guns.

27          PRESIDING COMMISSIONER ENG:  Tell me what an

13

1  Uzi is.

2       INMATE SUEGA:  Well, the Uzi that I had was

3  -- I mean, I can tell you from what I've seen now.

4  I know it's -- the Uzi that I had was about that

5  long, I guess, with a clip.

6       PRESIDING COMMISSIONER ENG:  And had you

7  ever seen one before?

8       INMATE SUEGA:  Yeah, I've seen one before.

9       PRESIDING COMMISSIONER ENG:  But you'd never

10 used one.

11      INMATE SUEGA:  Never used one before.

12      PRESIDING COMMISSIONER ENG:  When you went

13 to this place that night you went armed, correct?

14      INMATE SUEGA:  Not me.  They took the gun.

15 It was in the car, and they asked me to go get it,

16 and I went and got it out of the car and I brought

17 it out.

18      PRESIDING COMMISSIONER ENG:  When you went

19 out that evening with your friends what were you

20 thinking?

21      INMATE SUEGA:  We were going back to --

22 well, they were going back, but I was going with

23 them to -- I mean, pretty much to cause havoc.  I

24 mean that's what we were going back for.  Somebody

25 had threw a bottle at one of the -- one of my

26 friend's car -- or not his car, but the guy that

27 he was with.

14

1     **PRESIDING COMMISSIONER ENG:**  I'm just trying

2     to get a better understanding of what caused you

3     to shoot that weapon at the door.

4         **INMATE SUEGA:**  It wasn't a thought, it was

5     just sort of reaction.  They were screaming,

6     yelling, and "Shoot the door.  Shoot the door,"

7     and it wasn't any intention of anything, really,

8     it was just shooting the door, and I mean I

9     thought about it in an instant, it was quick, it

10    happened quick.  They were yelling, "Shoot the

11    door," I turned to Shawn, Shawn says, "Shoot the

12    door," and I shot at the door.  Now obviously they

13    were trying to get in, and that was the obvious

14    thing.  They were hitting on the door, saying they

15    were trying to get in, but once I shot the door, I

16    ran.

17        **PRESIDING COMMISSIONER ENG:**  So you stated

18    that you were -- you had wanted to be part of this

19    gang.

20        **INMATE SUEGA:**  Yes, at the time.  I was a

21    kid.  But not that particular gang.

22        **PRESIDING COMMISSIONER ENG:**  Well, how'd you

23    end up with the -- with your codefendants?

24        **INMATE SUEGA:**  Oh, one of the individuals

25    that was with them were friends with -- they were

26    -- he was in the car at the time, friends of one

27    of them, and then he came and asked me to go with

15

1    him, and I went with him, and I just rammed the

2    door.

3        PRESIDING COMMISSIONER ENG:  So originally

4    you did not have the gun in your hand, somebody

5    handed to you.

6        INMATE SUEGA:  It was under a car seat, and

7    they told me, "Go get it," and I went and got it,

8    brought it out, came up to the sidewalk, and they

9    -- Sierra -- Artie was hitting on the door, Sierra

10   was hitting on the door, banging on the door, and

11   he was yelling, "Shoot the door.  Shoot the door,"

12   and Shawn was standing next to me, actually,

13   Shawn, and I turned to Shawn.  Shawn says, "Shoot

14   the door.  Shoot the door," and I shot the door.

15       PRESIDING COMMISSIONER ENG:  Did it ever

16   occur to you to hand the gun to Shawn?

17       INMATE SUEGA:  No.  Now it does, but I

18   should've.  Well, I actually should've just not

19   picked up the gun or went at all, but I mean,

20   that's in hindsight, you know, reliving what I

21   could've done at the time.  So there was a lot of

22   things I could've done not to even place myself in

23   that situation.

24       PRESIDING COMMISSIONER ENG:  Were you on

25   drugs at the time, or drunk?

26       INMATE SUEGA:  I was drunk on alcohol.

27       PRESIDING COMMISSIONER ENG:  Back then did

16

1    you have a drinking problem?

2         INMATE SUEGA:  I drank a lot.  I was in --

3         PRESIDING COMMISSIONER ENG:  What drugs were

4    you doing back then?

5         INMATE SUEGA:  Cocaine, marijuana.

6         PRESIDING COMMISSIONER ENG:  How often?

7         INMATE SUEGA:  At one time practically every

8    day, weed and cocaine.

9         PRESIDING COMMISSIONER ENG:  Because I see

10   here, when I take a look at your previous record?

11        INMATE SUEGA:  Uh-huh.

12        PRESIDING COMMISSIONER ENG:  It's quite

13   extensive as a juvenile, dating back to the time

14   that you were age 13.  Do you remember that?  Back

15   -- it says in 1985.  Well, you started stealing

16   developed photos, and then went right into the

17   selling rock cocaine, selling cocaine, possession

18   of cocaine.  What got you into that?

19        INMATE SUEGA:  Well, I mean, you can look at

20   what I've done and it's on paper, but I mean I've

21   often looked at how did -- what led up to that --

22   you know, those moments in time, and at the time

23   my parents had just got divorced and we had moved

24   out here to Los Angeles, and it was sort of

25   culture shock coming from Hawaii to here, and, you

26   know, with a father also was a alcoholic, he

27   couldn't raise five kids.  My mom didn't know

17

1  where we were.  He removed us without her

2  knowledge.  So we got here.  There's almost no

3  supervision to little supervision, and once I ran

4  away there was none, and I fell into the drug and

5  gang culture basically.  I mean I sought there to

6  try to look for a false sense of identity, and

7  that's what I said, trying to be.  I tried to fit

8  in basically, and I tried to fit into to what was

9  out there, gangs, drugs, and I sought the approval

10  there, so, you know, that was where I went to try

11  to find a false sense of identity there.

12       PRESIDING COMMISSIONER ENG:  During this

13  period you said that your family had moved from

14  Hawaii.

15       INMATE SUEGA:  Uh-huh.

16       PRESIDING COMMISSIONER ENG:  Okay.  When did

17  you parents split?  What year was that?

18       INMATE SUEGA:  'Eighty-four.

19       PRESIDING COMMISSIONER ENG:  Okay.  So your

20  problems with getting caught started right after

21  that, in 1985.

22       INMATE SUEGA:  Yeah.

23       PRESIDING COMMISSIONER ENG:  Okay.  Who were

24  you living with?  Were you living with your mother

25  or your father?

26       INMATE SUEGA:  My father brought us out

27  here.

18

1      **PRESIDING COMMISSIONER ENG:**  When you

2   started having these problems with the drugs what

3   did your father say to you?

4      **INMATE SUEGA:**  Well, I had ran away from

5   home by that time, and I ran away from home and

6   was pretty much living with a friend's mother

7   family.

8      **PRESIDING COMMISSIONER ENG:**  And I see that

9   your probation violations and your getting caught

10  all along for the cocaine didn't stop, and you

11  continued to have run-ins with the Los Angeles

12  Police Department, all leading up to your life

13  crime.  Take a look at your personal background.

14  It states that you were born July 19th, 1971, and,

15  oh, you were born in American Samoa?

16     **INMATE SUEGA:**  Yes.

17     **PRESIDING COMMISSIONER ENG:**  But when did

18  your folks move to Hawaii?

19     **INMATE SUEGA:**  As soon as I was born.

20     PRESIDING COMMISSIONER ENG:  As soon as your

21  born?

22     **INMATE SUEGA:**  Uh-huh.

23     **PRESIDING COMMISSIONER ENG:**  Okay.  How many

24  siblings do you have?

25     **INMATE SUEGA:**  Six now.  It was five then.

26     **PRESIDING COMMISSIONER ENG:**  Are you the

27  youngest, oldest?

19

1      **INMATE SUEGA:**  Oldest.

2      **PRESIDING COMMISSIONER ENG:**  You're the

3   oldest.

4      **INMATE SUEGA:**  Yes.

5      **PRESIDING COMMISSIONER ENG:**  Okay.  So all

6   your siblings were born in Hawaii?

7      **INMATE SUEGA:**  Yes.

8      **PRESIDING COMMISSIONER ENG:**  So your father

9   worked on military bases.  Your mother was a

10   housewife and raised seven children while your

11   father worked.  So now -- okay.  You currently

12   have two brothers in Hawaii and four sisters, and

13   those sisters reside in Seattle, Washington; is

14   that correct?

15      **INMATE SUEGA:**  Yes.

16      **PRESIDING COMMISSIONER ENG:**  Okay.  So

17   you're the only one in California or did miss one?

18      **INMATE SUEGA:**  The one here.  The only one

19   here.

20      **PRESIDING COMMISSIONER ENG:**  Okay.  So after

21   your folks divorced did your -- was it just you

22   that came with your father, or did all your

23   siblings come also?

24      **INMATE SUEGA:**  All of us came.  My father

25   brought all of us.

26      **PRESIDING COMMISSIONER ENG:**  Okay.

27      **INMATE SUEGA:**  It was just a period where,

20

1    you know, growing up in Hawaii, we had a extended

2    family, so all of my cousins were friends,

3    everyone were pretty much involved in everyone's

4    life, and when we came here it sort of

5    disappeared, and so now I was amongst a bunch of

6    strangers and, you know, the gangs and drug

7    culture in L.A., you know, just basically opened

8    up in a sense there.  I just got caught up in, and

9    I got caught up in the falseness of that.  I

10    wanted to belong, and that was somewhere where I

11    could find acceptance and look for acceptance, and

12    they used me.  I was used, basically.  And so, you

13    know, in a sense -- and I realize that now and,

14    you know, it's too late, you know, in a sense, but

15    I can't even say that.  It's not too late, because

16    I have changed, and I have made the necessary

17    changes to both reflect on how I got to where I

18    got to, and to make those changes, and so, you

19    know, I know I've gotten to a point in my life

20    where those changes were made, and then I can now

21    turn towards other youth to try to improve their

22    life and using my life as an example of how I got

23    caught up in a sense, so I mean --

24           PRESIDING COMMISSIONER ENG:  But your mother

25    stayed in Hawaii?

26           INMATE SUEGA:  Yes.

27           PRESIDING COMMISSIONER ENG:  Was there ever

21

1    an option for you to stay in Hawaii, or did you

2    have to move to L.A.?

3         INMATE SUEGA:  Well, they made the choice in

4    I think '85 to take my sisters with my mother, and

5    my -- me and my brother had to stay with my

6    father, so they decided to split us up and just

7    keep the boys with my father and basically the

8    girls with my mother.

9         PRESIDING COMMISSIONER ENG:  Are you still

10   in touch with everyone?

11        INMATE SUEGA:  Yes.

12        PRESIDING COMMISSIONER ENG:  All right.  Are

13   both parents still alive?

14        INMATE SUEGA:  My father passed away in

15   '92--

16        PRESIDING COMMISSIONER ENG:  Okay.

17        INMATE SUEGA:  -- while I was in prison.

18        PRESIDING COMMISSIONER ENG:  But your

19   mother, you're still in touch with your mother and

20   she's still back in Hawaii?

21        INMATE SUEGA:  Yes.

22        PRESIDING COMMISSIONER ENG:  And you're in

23   touch with all your sisters?

24        INMATE SUEGA:  Yes, my sisters, my aunts and

25   cousins.

26        PRESIDING COMMISSIONER ENG:  And your

27   brothers too?

22

1        **INMATE SUEGA:**  Yeah.

2        **PRESIDING COMMISSIONER ENG:**  Have any of

3    them had any problems with --

4        **INMATE SUEGA:**  No.

5        **PRESIDING COMMISSIONER ENG:**  -- the law?

6        **INMATE SUEGA:**  No.

7        **PRESIDING COMMISSIONER ENG:**  Is there

8    anything that I may have missed in terms of your

9    previous record or your personal life?  Do you

10   have any children?

11       **INMATE SUEGA:**  Yes.

12       **PRESIDING COMMISSIONER ENG:**  How many?

13       **INMATE SUEGA:**  Little girl, a daughter.

14       **PRESIDING COMMISSIONER ENG:**  You have a

15   little daughter?

16       **INMATE SUEGA:**  Yes.

17       **PRESIDING COMMISSIONER ENG:**  How old is she?

18       **INMATE SUEGA:**  She's 17 right now.

19       **PRESIDING COMMISSIONER ENG:**  Not so little

20   anymore.    **INMATE SUEGA:**  No.

21       **PRESIDING COMMISSIONER ENG:**  Okay.  And what

22   about her, do you have contact with her?

23       **INMATE SUEGA:**  Yes, with her grandmother.

24       **PRESIDING COMMISSIONER ENG:**  Where is she?

25       **INMATE SUEGA:**  She's with her grandmother in

26   Long Beach.  I talk to her often, or in letters.

27       **PRESIDING COMMISSIONER ENG:**  How about the

23

1  mother?

2          **INMATE SUEGA:**  I don't know where her

3  mother's at, so she doesn't stay with the

4  grandmother.  Grandmother raised my daughter.

5          **PRESIDING COMMISSIONER ENG:**  Okay.

6          **INMATE SUEGA:**  So --

7          **PRESIDING COMMISSIONER ENG:**  Would you say

8  you're close with your daughter?

9          **INMATE SUEGA:**  Yes.  I talk to her often, as

10  much as I can on the phone.

11          **PRESIDING COMMISSIONER ENG:**  Does she come

12  up here at all?

13          **INMATE SUEGA:**  Never visits.

14          **PRESIDING COMMISSIONER ENG:**  So you've never

15  -- you haven't seen her in the 16 years you've

16  been --

17          **INMATE SUEGA:**  Just through letters and

18  pictures.

19          **PRESIDING COMMISSIONER ENG:**  Okay.

20          **INMATE SUEGA:**  Part of it is the grandmother

21  doesn't want to expose her right now, I suppose,

22  until she can make up her own decision if she

23  wants to come --

24          **PRESIDING COMMISSIONER ENG:**  Okay.

25          **INMATE SUEGA:**  -- or not.  So --

26          **PRESIDING COMMISSIONER ENG:**  Okay.

27          **INMATE SUEGA:**  Which I respect.

24

1          **PRESIDING COMMISSIONER ENG:**  Did I miss
2    anything --
3          **INMATE SUEGA:**  No.
4          **PRESIDING COMMISSIONER ENG:**  -- that we need
5    to add into the record?  No?
6          **INMATE SUEGA:**  Uh-uh.
7          **PRESIDING COMMISSIONER ENG:**  Okay.  Okay.
8    I'll pass it on to Commissioner Filangeri to
9    review your post-conviction factors.
10          **DEPUTY COMMISSIONER FILANGERI:**  Yes,
11    Commissioner Eng.  I want to refer to several
12    documents during this segment of the hearing,
13    first of which is the Correctional Counselor's
14    Report by B. Ebert, E-B-E-R-T, and his signature's
15    not specifically dated, but it's for the
16    Subsequent June 2006.
17          **PRESIDING COMMISSIONER ENG:**  Excuse me one
18    second.  Mr. Jacobs, can you please mute?  Can you
19    please mute?  Thank you.  Okay.
20          **DEPUTY COMMISSIONER FILANGERI:**  Under
21    "Post-Conviction Factors," starting on page 3, it
22    was a long text about everything you've done since
23    your reception, but we're concerned with your
24    behavior primarily since the last time you
25    appeared before the Board, and I think that was
26    3/28/03, although there was -- there appears to
27    have been sort of postponement in December of

25

1    2005?

2            INMATE SUEGA:  Uh-huh.

3            DEPUTY COMMISSIONER FILANGERI:  I couldn't

4    find any documents about that.  What was the

5    reason for the postponement?

6            INMATE SUEGA:  In June of 2005?

7            DEPUTY COMMISSIONER FILANGERI:  December of

8    2005.

9            PRESIDING COMMISSIONER ENG:  December.

10           INMATE SUEGA:  December, it was for a new

11   psych report.

12           DEPUTY COMMISSIONER FILANGERI:  Was there

13   one in June of 2005 as well?

14           INMATE SUEGA:  Yes.  The whole week was

15   cancelled, June 16th week, hearings.  That whole

16   week was cancelled.

17           DEPUTY COMMISSIONER FILANGERI:  Boy, you're

18   in, you're out, you're in, you're out.  Anyway, so

19   down about 80 percent of the way down page 4

20   there's -- makes mention of your appearing before

21   the Board on 3/28/03, but there's not really

22   anything remarkable about the rest of the text,

23   other than that's the only document, is the

24   postponement in December of '05.  Under "Therapy

25   and Self-Help," there's a lot of stuff since '03.

26   You got at least three chronos from Impact in

27   2005; Changing Your Mindset in 2005; Alcoholics

26

1   Anonymous in 2005 and 2004, three chronos;

2   Squires, four chronos in 2003, 4 and 5; No More

3   Tears, two chronos in 2005; and Trust, 11 chronos

4   in 2005.  What is Trust?

5       **INMATE SUEGA:**  Teaching responsibility using

6   -- utilizing sociological training, actually

7   addressing men, as opposed to juveniles, as far as

8   addressing the values that they've adopted that

9   got them in a position where they are in, and

10  having them look at that and changing those values

11  to improve their life.

12      **DEPUTY COMMISSIONER FILANGERI:**  Yeah, when I

13  look at the correctional counselor's report, it

14  looks like your Alcoholics Anonymous and Narcotics

15  Anonymous attendance had fallen off, but I saw an

16  AA chrono as recently as September of '06 in the

17  C-File, and an NA chrono as recently as September

18  30th, '06.  I also saw an Impact chrono as recently

19  as 6/19/06, and a Squires chrono as recently as

20  6/29/06, which makes sense, because this was

21  probably done for the June 2006 --

22      **INMATE SUEGA:**  Uh-huh.

23      **DEPUTY COMMISSIONER FILANGERI:**  -- calendar.

24  I've got some new stuff on education.  I think the

25  counselor is talking about this document.  By the

26  way, did you get any new documents for this

27  hearing, Mr. Stringer?

27

1    **ATTORNEY STRINGER:** I did, Commissioner. I

2    have an updated Board Report, June of '06, and I

3    also have an updated psych report, dated May 22nd

4    of '06.

5    **DEPUTY COMMISSIONER FILANGERI:** Let's see if

6    you got all these things.

7    **PRESIDING COMMISSIONER ENG:** Oh.

8    **ATTORNEY STRINGER:** Now I have some

9    additional documents.

10    **DEPUTY COMMISSIONER FILANGERI:** Well, those,

11    it's all favorable stuff. I mean it's all letters

12    in support of a parolee, which I've given the

13    Commissioner, and more certificates, as well as I

14    thought I saw this document both in the C-File and

15    in this packet. Yeah, here it is, Patton

16    University. There was a transcript dated October

17    6, 2005, and I think that's what the correctional

18    counselor is talking about, this education in the

19    counselor's report, the classes that are

20    documented on this --

21    **INMATE SUEGA:** Uh-huh.

22    **PRESIDING COMMISSIONER ENG:** -- on this

23    document. Anyway, it shows that you carried 51

24    units, you passed 36 units, failed three, with a

25    average of 3.44. It doesn't say when you took

26    those classes though. The counselor's report

27    suggests it was between 2001 and 2005. Does that

28

1    sound right?

2         INMATE SUEGA:  Yeah.

3         DEPUTY COMMISSIONER FILANGERI:   Okay.   Then

4    there's certificates: the Squires program,

5    participation in Trust program, Module Three

6    Addictions, Project Impact.   There's also a

7    certificate for Masonry Job Preparation, but

8    actually, I saw a certificate in the C-File where

9    you completed vocational Masonry in February of

10   2000.

11        INMATE SUEGA:  Uh-huh.

12        DEPUTY COMMISSIONER FILANGERI:   Does that

13   sound right?

14        INMATE SUEGA:  Yeah.

15        DEPUTY COMMISSIONER FILANGERI:   And I should

16   mention, there's also something in July of 2006

17   for a (inaudible) Curriculum Plumbing Book?

18        INMATE SUEGA:  Yes.

19        DEPUTY COMMISSIONER FILANGERI:   Are you

20   taking some kind of correspondence in Plumbing?

21        INMATE SUEGA:  No, I'm in vocational

22   Plumbing right now at this time.

23        DEPUTY COMMISSIONER FILANGERI:   Oh,

24   vocational Plumbing now.

25        INMATE SUEGA:  Yeah.

26        DEPUTY COMMISSIONER FILANGERI:   Is that your

27   regular assignment?

29

1    **INMATE SUEGA:** Yes.

2    **DEPUTY COMMISSIONER FILANGERI:** Forty hours

3    a week.

4    **INMATE SUEGA:** Yeah.

5    **DEPUTY COMMISSIONER FILANGERI:** The

6    counselor talked about some Masonry certificates

7    in '99, but of course that all led up to the --

8    **INMATE SUEGA:** To completion.

9    **DEPUTY COMMISSIONER FILANGERI:** -- final

10   completion. Two 115s in '92 and '94 for stealing

11   state funds and force and violence, both serious

12   Division Fs. 128s, between '97 and '90, refusing

13   to work, failure to respond to a ducat, contraband

14   twice, cell covers. I think that's all that's

15   pretty much remarkable about the correctional

16   counselor's report. I want to make sure we get

17   all this stuff in here. This is a certificate

18   from the Level One Plumbing, but we already talked

19   about that. Oops. This is a letter from LAPD.

20   We probably won't consider it. I'll give it to

21   the Chairman. April 6, 2006, a certificate for

22   San Quentin Trust. This is on -- well, we

23   probably ought to mention this. You apparently

24   got some sort of diploma from the Professional

25   Career Development Institute. I say some sort of

26   diploma not to belittle it, but it doesn't say

27   Associate in Arts or BS, or anything like that.

30

1        **INMATE SUEGA:**  That was --

2        **DEPUTY COMMISSIONER FILANGERI:**  Was it some

3   sort of college level class?

4        **INMATE SUEGA:**  Sort of vocation --

5   vocational.

6        **DEPUTY COMMISSIONER FILANGERI:**  Vocational.

7   Oh, I see.  Okay.  And so it was because you

8   completed the Paralegal course --

9        **INMATE SUEGA:**  Uh-huh.

10       **DEPUTY COMMISSIONER FILANGERI:**  -- with a

11  Civil Litigation specialty.

12       **INMATE SUEGA:**  It's a home study course.

13       **DEPUTY COMMISSIONER FILANGERI:**  Okay.  But

14  it's not the one from Squires.  It is not dated,

15  but it's pretty high up in the C-File, so I got to

16  think it's pretty recent, since 2003?

17       **INMATE SUEGA:**  Uh-huh.

18       **DEPUTY COMMISSIONER FILANGERI:**  It's a

19  certificate for participation in Squires.  Is

20  Squires still going on?

21       **INMATE SUEGA:**  Yes.

22       **DEPUTY COMMISSIONER FILANGERI:**  Still a

23  member?

24       **INMATE SUEGA:**  Yes.

25       **DEPUTY COMMISSIONER FILANGERI:**  When's the

26  last time you did a program?

27       **INMATE SUEGA:**  This past Saturday, San

31

1   Francisco.

2            DEPUTY COMMISSIONER FILANGERI:  Okay.

3            INMATE SUEGA:   Probation Department --

4            DEPUTY COMMISSIONER FILANGERI:  Here's a

5   March --

6            INMATE SUEGA:   -- Omega Boys Club.

7            DEPUTY COMMISSIONER FILANGERI:  I'm sorry.

8   I didn't mean to interrupt.

9            INMATE SUEGA:   Omega Boys Club in San

10  Francisco.

11           DEPUTY COMMISSIONER FILANGERI:  So how many

12  kids did they send over?

13           INMATE SUEGA:   Twenty-two.

14           DEPUTY COMMISSIONER FILANGERI:  And how many

15  of you guys are there in a visit like that?

16           INMATE SUEGA:   There's -- with people going

17  to visits and everything, maybe about 15, 16.

18           DEPUTY COMMISSIONER FILANGERI:  So that's

19  what they do, they come in to visiting?

20           INMATE SUEGA:   No, they bring them to --

21  down in the yard, education, and about eight hours

22  of talking to them, show them the cells and living

23  conditions basically, and basically present their

24  choice.  It's a option in their life.

25           DEPUTY COMMISSIONER FILANGERI:  Give them

26  the tour.

27           INMATE SUEGA:   Yeah.

1    **DEPUTY COMMISSIONER FILANGERI:**  Here's a

2    certificate on March 21st, 2005, from Module Three

3    of Impact.  A certificate from the Trust program,

4    not dated, but I seem to remember this was high up

5    in the file.  Is this pretty recent?

6    **INMATE SUEGA:**  Yes.

7    **DEPUTY COMMISSIONER FILANGERI:**  And then

8    here's a letter from Patton University.  Do you

9    recall this letter?

10   **INMATE SUEGA:**  Yes.

11   **DEPUTY COMMISSIONER FILANGERI:**  What's the

12   most important thing about it?

13   **INMATE SUEGA:**  About the letter?

14   **DEPUTY COMMISSIONER FILANGERI:**  Uh-huh.

15   **INMATE SUEGA:**  I mean my character, or my

16   wish to learn, my wish to better myself, and my

17   ability to do so.

18   **DEPUTY COMMISSIONER FILANGERI:**  Yeah, I like

19   the second paragraph in here, at least the first

20   half of it.  "Harrison is a joy to have as a

21   student.  He listens" -- by the way, this is

22   submitted by Nicole Lindahl, L-I-N-D-A-H-L,

23   Program Administrator, San Quentin College

24   Program.  She says:

25        "Harrison is a joy to have as a

26        student.  He listens intently to his

27        peers and never dominates

33

1          conversations, yet when he makes a
2          comment, it is incredibly thoughtful
3          and astute.  His impressive ability to
4          analyze complex ideas and systems
5          elevates class discussion and pushes
6          his fellow students to a more
7          sophisticated level of analysis.  Like
8          other intellectual mature students,
9          Harrison possesses a quiet confidence
10         in his academic abilities, and yet he
11         stands out as a result of his constant
12         pursuit of opportunities for
13         self-improvement."
14   Have you got your AA degree yet?
15         INMATE SUEGA:  No.  I need six more classes,
16   18 credits.
17         DEPUTY COMMISSIONER FILANGERI:  Okay.  Does
18   that pretty much cover everything in terms of
19   prison behavior that we should be looking at?
20         INMATE SUEGA:  Yes.
21         DEPUTY COMMISSIONER FILANGERI:  Is there
22   anything else that you think we need -- you need
23   to call our attention to?
24         INMATE SUEGA:  Not that I can think of at
25   this time.
26         DEPUTY COMMISSIONER FILANGERI:  All right.
27   Let's go to the psych report then.  This

34

1   evaluation was dated May 22, 2006.  It's authored

2   by Michelle Inaba, I-N-A-B-A, Ph.D.  I'm going to

3   make reference to the page 2 Clinical Assessment.

4   The examiner finds you to be functioning within

5   normal limits, with a diagnosis -- diagnostic

6   impression on Axis I, Alcohol Dependence in Full

7   Sustained Remission, Cocaine Abuse by History,

8   Cannabis Abuse by History, Conduct Disorder,

9   Adolescent Onset, Type, Severe by History; Axis

10  II: No Diagnosis; Global Assessment of

11  Functioning, 85.  The examiner makes an assessment

12  of dangerousness considering several factors.

13  Under "Violence Potential," she points out that

14  you were exposed to violence as a child.  You were

15  involved in some fights as an adolescent.  You

16  acknowledge that you knew that lethal -- that

17  lethal violence was a part of the gang culture.

18  You've had one 115 for participation in a

19  disturbance between blacks and Hispanic inmates in

20  1994.  You've had no rules violations of any kind

21  since '97, and you've participated extensively in

22  self-help and educational programming.  You

23  completed your GED and have excelled in college

24  level course work.  I should mention the GED was

25  completed in January 31, 1991.  Under the factor

26  of release to the community, the examiner finds

27  that you have several risk factors that have been

35

1    shown in research studies to be statistically

2    correlated with increased risk of violent

3    recidivism.  They would include a history of

4    nonviolent offenses, history of drug and alcohol

5    abuse, separation from parents before 16 years of

6    age, never married, victim injury male victim,

7    failure on prior conditional release, male gender

8    and age at index offense.  On the other hand, she

9    writes that you do not have any of the dynamic

10   risk factors such as anger, violent thoughts,

11   paranoid view of self as a victim, personality

12   disorder, loss of control, impulsivity, or lack of

13   compassion.  In general she talks about your

14   ability to cope with stress using your experience

15   in the institution.  She thinks that you've

16   developed an understanding of the causative

17   factors and culpability for crime by saying that

18   you have a better understanding of the factors

19   that resulted in the crime than most individuals

20   evaluated by this examiner.  Under "Review of the

21   Life Crime" the examiner points out that you take

22   full responsibility for the crime and state that

23   this, meaning prison, is where you belong.

24   Remorse is evident, and you appear to have put a

25   great deal of effort and emotional energy into

26   understanding your actions.  Under "Clinical

27   Comments and Summary," it's way down to the last

36

1    paragraph on page 5 where the examiner writes:

2              "In many ways Mr. Suega is an

3              exceptional individual who is capable

4              of making a significant contribution

5              to his family and society.  The most

6              direct route for him to move closer to

7              that goal would be participation in a

8              therapeutic community program such as

9              Delancey Street.  He understands that

10             he would benefit from ongoing

11             substance abuse relapse support in

12             order to overcome his family history

13             of alcoholism as well as his own past

14             drug use.  His parole plans are

15             realistic in light of his efforts at

16             self-understanding and growth.  He

17             would seem to be at low risk for

18             future violence.  Abstinence and

19             participation in twelve step programs

20             should be ongoing."  She reinforces

21             this in the next paragraph where she

22             says: "With the stipulation that

23             abstinence and participation in twelve

24             step programs should be ongoing, Mr.

25             Suega would make an excellent

26             candidate for parole consideration at

27             the present time."

1    The examiner seems to have avoided the critical

2    issue of what's your risk factor, potential factor

3    of future risk, not making any clear statement

4    about that, but I think it's implied by saying

5    that you'd be an excellent candidate for parole.

6    Nevertheless, it's not specified.  Is there

7    anything else about something in your file that

8    you'd like to call the panel's attention to, think

9    we need to make reference about?

10           **INMATE SUEGA:**  Only to the psych report

11    where I made the statement that I belonged in

12    prison, I knew that when I committed the crime

13    that I belonged in prison.  I knew that I

14    committed the crime.  In court there may have a

15    question of innocence or guilt, but I knew I was

16    guilty and I accepted responsibility then, and I

17    continue to take responsibility for the crime that

18    I committed.  I think the psych report, it says an

19    overall view of what -- you know, what would lead

20    up to me basically getting caught up in the same

21    situation that I was in then, and what I needed to

22    do in order to stay out of that situation in order

23    to improve my chances of succeeding on parole, and

24    so, I mean, that's what, you know, she discussed,

25    that in order for me to better present myself as a

26    -- to succeed on parole that I would have to, in

27    order to do so, not repeat what I have again,

38

1    which obviously put me in a situation where I made

2    some really bad decisions for a span of maybe

3    three to four years.

4        **DEPUTY COMMISSIONER FILANGERI:**  Sure.

5    Anything else you want to say to us --

6        **INMATE SUEGA:**  No.

7        **DEPUTY COMMISSIONER FILANGERI:**  -- about

8    prison behavior or any of these reports?

9        **INMATE SUEGA:**  Not at this time.

10       **DEPUTY COMMISSIONER FILANGERI:**  Mr.

11   Stringer, anything else in terms of prison

12   behavior you'd like to call the panel's attention

13   to?

14       **ATTORNEY STRINGER:**  Oh, I'd just like to

15   reiterate, in the psychological evaluation the

16   doctor does say he'd be at a low risk for future

17   violence.

18       **DEPUTY COMMISSIONER FILANGERI:**  Thank you.

19   Back to you, Commissioner Eng.

20       **PRESIDING COMMISSIONER ENG:**  Okay.  Let's

21   talk about your parole plans.  Okay.  According to

22   the June 2006 Board Report, it states that you'd

23   like to parole to the state of Hawaii because of

24   the amount of family that you have residing there.

25   Does that still hold true?

26       **INMATE SUEGA:**  I have parole plans in there

27   to L.A. County now, as a primary, but I still wish

39

1  to parole there, if the Parole Board allows it,

2  which is in the (inaudible) in the law.

3          PRESIDING COMMISSIONER ENG:  Well, okay.  I

4  do have quite a few letters here.  Let me see if--

5          INMATE SUEGA:  There should be a letter from

6  Liza Munoz of San Pedro, California.

7          PRESIDING COMMISSIONER ENG:  Liza Munoz,

8  M-U-N-O-Z, Liza, L-I-Z-A.  This letter is dated

9  October 31st, 2005.  Is that the one you were

10  referring to?

11          INMATE SUEGA:  Yes.

12          PRESIDING COMMISSIONER ENG:  Okay.  This

13  woman states that she's known you since the early

14  '80s, and that you've remained in constant contact

15  throughout your entire incarceration, and that she

16  says she's willing to extend her house and any

17  necessities "he will need to help him achieve his

18  goals," however there is no address on this

19  letter.  So how do you know Ms. Munoz?

20          INMATE SUEGA:  Munoz.

21          PRESIDING COMMISSIONER ENG:  Munoz, sorry.

22          INMATE SUEGA:  It should be a October letter

23  also.  But I've known her from when I was a kid

24  and family friend, basically.  She's married with

25  kids.  They have a stable family environment, and

26  we've known each other since we were children, a

27  family friend.

40

1    PRESIDING COMMISSIONER ENG:  So how large --
2  do you have any idea how large her home is?
3    INMATE SUEGA:  She lives in a two-room
4  apartment.
5    PRESIDING COMMISSIONER ENG:  A two-room
6  apartment?
7    INMATE SUEGA:  Yes.
8    PRESIDING COMMISSIONER ENG:  And where is
9  that apartment?
10    INMATE SUEGA:  San Pedro, California.
11    PRESIDING COMMISSIONER ENG:  In San Pedro?
12    INMATE SUEGA:  Yes.
13    PRESIDING COMMISSIONER ENG:  But you said
14  she's got a family.  So who's living in this
15  apartment right now?  Do you have any idea?
16    INMATE SUEGA:  Yes, her husband Tony and two
17  daughters.
18    PRESIDING COMMISSIONER ENG:  So where would
19  you end up staying?
20    INMATE SUEGA:  With them?
21    PRESIDING COMMISSIONER ENG:  Well, they
22  have, you said, a two-bedroom apartment.
23    INMATE SUEGA:  Well, even on the couch,
24  basically.
25    PRESIDING COMMISSIONER ENG:  Does she and
26  her husband both work?
27    INMATE SUEGA:  Yes.