41

1      **PRESIDING COMMISSIONER ENG:**  So this would

2  be your number one choice.  Okay.  Unfortunately,

3  this is the only letter --

4      **DEPUTY COMMISSIONER FILANGERI:**  Pardon me.

5      [Thereupon, the tape was turned over.]

6      **DEPUTY COMMISSIONER FILANGERI:**  Guess

7  there's a leader here.  This is side two of tape

8  one for the tape-recorded hearing transcript of

9  the parole consideration hearing for Mr. Harrison

10  -- Suega?

11      **INMATE SUEGA:**  Suega.

12      **DEPUTY COMMISSIONER FILANGERI:**  Suega.

13  S-E-U-G-A, E number, 46750.  Thanks.  Sorry for

14  the interruption.  Go right ahead.

15      **PRESIDING COMMISSIONER ENG:**  Okay.  So you

16  had -- did you request an updated letter from your

17  friend here?

18      **INMATE SUEGA:**  Uh-huh.

19      **PRESIDING COMMISSIONER ENG:**  Okay.  But

20  didn't receive it time?

21      **INMATE SUEGA:**  Well, she sent the updated

22  letter to Sacramento I believe two months, three

23  months ago.

24      **PRESIDING COMMISSIONER ENG:**  Okay.  Of what

25  we have in here, okay.  So that's one.  Okay.

26  These are support.  I'll go through these also.

27  Okay.  And we've got another letter that's also

42

1    dated October 30th, 2005, from an Anthony Robles,

2    R-O-B-L-E-S.  States that he's known you for

3    approximately 20 years, and states that he was

4    released from prison almost five years ago and

5    he's not returned to incarceration, and that he's

6    a certified chemical dependency counselor for

7    at-risk youth, and he states that he's extending

8    his hand to offer any services to the inmate that

9    he would need to become successful, all -- and all

10   of this he's offering free of charge, counseling

11   sessions, or any other means necessary.  Can't

12   quite see where, yet somewhere in California.

13   Okay.  So that's a general support letter.  I've

14   got one dated October 4th of 2006 from Trust

15   Fellows.  This is signed by Garry, G-A-R-R-Y,

16   Mendez, M-E-N-D-E-Z, Ph.D. and National Director.

17   He sending this letter, I believe, in support.  He

18   says he's "pleased to ardently endorse Harrison

19   for parole so that he can contribute to the

20   restoration of our communities and young people

21   damaged by violence, crime and neglect."  He

22   states that you exemplify the metamorphosis that

23   an individual can achieve through authentic

24   commitment to personal responsibility and ethics.

25   So I guess you really impressed Dr. Mendez through

26   your participation in Trust.

27           INMATE SUEGA:  I'm also a facilitator --

43

1        PRESIDING COMMISSIONER ENG:  Being --

2        INMATE SUEGA:  -- of classes.

3        PRESIDING COMMISSIONER ENG:  -- a

4   facilitator?

5        INMATE SUEGA:  Right.

6        PRESIDING COMMISSIONER ENG:  Okay.  So it's

7   a very nice letter of support from this -- from

8   the doctor.  We've got a letter from Sonoma State

9   University, Elaine Leeder, L-E-E-D-E-R, dated --

10  undated -- oh, no, it can't be dated December 6th,

11  2005, we're not there yet.  Oh, I'm sorry, it is

12  -- getting confused in my years.  It's dated

13  December 6th, 2005, and it's a general letter of

14  support for you, that she's a volunteer professor

15  in the Patton University Program at San Quentin

16  and you were enrolled in one of her classes.

17        INMATE SUEGA:  Yes.

18        PRESIDING COMMISSIONER ENG:  Okay.  And she

19  also states that she's had an opportunity to meet

20  your family through an event held at San Quentin

21  and found them to be "very supportive and eager to

22  help him when he's released."  So what family

23  members were able to visit?

24        INMATE SUEGA:  My aunt.

25        PRESIDING COMMISSIONER ENG:  From Southern

26  California?

27        INMATE SUEGA:  No, she's in Vacaville.

44

1    **PRESIDING COMMISSIONER ENG:** You have --

2    okay. We've got a letter dated -- another one

3    December 3rd, 2005, from University of San

4    Francisco. Is that Dr. Jeffrey Paris, P-A-R-I-S,

5    Assistant Professor of Philosophy, and I guess you

6    took one of his classes?

7    **INMATE SUEGA:** Yes.

8    **PRESIDING COMMISSIONER ENG:** Okay. It

9    states that "We've appreciated your contribution

10    to the class this semester" and how your work has

11    been very thorough and consistent. Wishes you

12    luck in your continued studies and thanking you

13    for the opportunity to bring new ideas and texts

14    to you and other students at San Quentin and for

15    your responsiveness to these ideas. Okay. Then I

16    -- okay. Then we have a nice handwritten letter

17    dated September 27th, 2005 from your -- it could be

18    your youngest brother?

19    **INMATE SUEGA:** Right.

20    **PRESIDING COMMISSIONER ENG:** His name is

21    Hawaii, H-A-W-A-I-I, Opapo --

22    **INMATE SUEGA:** Yeah.

23    **PRESIDING COMMISSIONER ENG:** -- O-P-A-P-O.

24    **INMATE SUEGA:** That's my sister.

25    **PRESIDING COMMISSIONER ENG:** Oh, I'm sorry,

26    from your sister.

27    **INMATE SUEGA:** My youngest sister.

45

1    **PRESIDING COMMISSIONER ENG:**  Okay.  It

2    states that "Harrison is my oldest brother" --

3    okay, so this is from your younger sister -- "and

4    I am the second youngest of seven," she's now 20

5    years old, and she states that she's never had a

6    chance to meet you in person.

7        **INMATE SUEGA:**  Yes.

8        **PRESIDING COMMISSIONER ENG:**  And that she

9    hopes to be able to soon.  She also states that

10   she would be happy to help you in any way possible

11   that fits your needs.  Where does she live?

12       **INMATE SUEGA:**  In Seattle now with my other

13   sisters.

14       **PRESIDING COMMISSIONER ENG:**  So she lives up

15   in Seattle.  Okay.  But you haven't had a chance

16   to meet her yet.  Okay.  We also have a letter

17   dated September 25th, 2005 from your aunt, and her

18   name is Sami, S-A-M-I, So'oalo?

19       **INMATE SUEGA:**  Uh-huh.

20       **PRESIDING COMMISSIONER ENG:**

21   S-O-apostrophe-O-A-L-O.  She's your aunt.  She's

22   your -- okay.  She states that she's also been

23   like a mother to you, because from the day that

24   you were born she helped with your family every

25   day because they lived right next-door.  So I'm

26   assuming that she still lives in Hawaii?

27       **INMATE SUEGA:**  Yes.

46

1      PRESIDING COMMISSIONER ENG:  She said that
2   she wishes for you to come to Hawaii, but I'm not
3   sure about that right now.  She's 62 years old,
4   but now she's 63, this is a year later.  When was
5   the last time you saw your aunt?
6      INMATE SUEGA:  'Ninety-six or '95.  They
7   came to visit me when I was in Pelican Bay.
8      PRESIDING COMMISSIONER ENG:  Okay.  She have
9   a large house back in Hawaii?
10     INMATE SUEGA:  Yes.  Two houses.
11     PRESIDING COMMISSIONER ENG:  So if and when
12  you get a chance to go back to Hawaii, there's
13  plenty of room there?
14     INMATE SUEGA:  Yes.
15     PRESIDING COMMISSIONER ENG:  Okay.  We also
16  have an affidavit from the Territory of American
17  Samoa.  It's notarized and signed by your uncle.
18  Okay.  Taala Fili Fuimaono.
19     INMATE SUEGA:  Uh-huh.
20     PRESIDING COMMISSIONER ENG:  First name
21  spelled T-A-A-L-A, then F-I-L-I, last name
22  F-U-I-M-A-O-N-O, and this affidavit states that he
23  is 72 years old and a resident of Putiga, American
24  Samoa, that you are his nephew, and that he is
25  able and willing to provide you for needs until
26  you can provide for yourself.  He states that he's
27  a retiree of the American Samoa government and

47

1    that he receives a monthly check, and also

2    receiving Social Security every month, and he

3    gives the amounts, and that in addition to that,

4    he's working part-time and he earns -- he states

5    how much he earns biweekly.  He's making this

6    affidavit for the sole purpose of certifying and

7    verifying that he is in fact willing and able to

8    support his nephew, the inmate, should he be

9    granted parole.  Okay.  Have I missed any letters,

10   sir?

11          INMATE SUEGA:  No.

12          PRESIDING COMMISSIONER ENG:  Okay.

13          ATTORNEY STRINGER:  Did we read the letter

14   from Liza Munoz?

15          PRESIDING COMMISSIONER ENG:  Yes, I did.

16          ATTORNEY STRINGER:  You did.

17          PRESIDING COMMISSIONER ENG:  Yeah.

18          ATTORNEY STRINGER:  Thank you.

19          PRESIDING COMMISSIONER ENG:  Yeah.  She

20   states she's willing to extend her house and

21   family.  Unfortunately, it doesn't have any

22   address.  However -- I'm sorry -- it states it in

23   here.  Okay.  So what about employment?

24          INMATE SUEGA:  I don't have concrete

25   employment right now, but I mean I'm taking viable

26   job skills, 18 years of employment in prison,

27   different -- in different aspects of -- I mean

48

1    from cook to sweeping, to mopping floors, and two

2    vocations that -- one in Plumbing and vocational

3    Masonry -- I'm taking Plumbing right now,

4    including Dry Cleaning, which I probably won't get

5    into, but it's always something that I know, and

6    paralegal, which I won't practice, but again, it's

7    a skill that I know and can always utilize it in

8    different aspects.

9        PRESIDING COMMISSIONER ENG:   Do you have any

10   copies of any letters that you sent inquiring

11   about types of positions that might be open to you

12   that you -- that people would be -- would actually

13   consider interviewing you for?  Have you done

14   anything like that?

15       INMATE SUEGA:   I've written to places, but

16   it's just --

17       PRESIDING COMMISSIONER ENG:   But you haven't

18   kept copies of the letters?

19       INMATE SUEGA:   No.

20       PRESIDING COMMISSIONER ENG:   Okay.

21       INMATE SUEGA:   It's just they never wrote

22   back, so I mean it's difficult to ask for

23   employment when you don't actually know when

24   you're going home or when you can fill that

25   employment, and I'm just not blessed enough to

26   have any rich cousins here, or rich family members

27   that would just provide with a job open-ended, no

49

1    matter when, so if it's to Hawaii, then I'd

2    probably get an open-ended extension in L.A., but,

3    you know, there's not any realistic chances of

4    getting an employer to open-endedly extend a job

5    for -- and hold it on forever and forever.

6        PRESIDING COMMISSIONER ENG:  Well, we -- I

7    mean the panel all understand how difficult it is

8    to find anything solid, you know, solid employment

9    while you're incarcerated, but at the same time

10   it's also appreciated, panels appreciate any

11   documentation that you could provide that shows

12   how -- you know, how many letters, who you're

13   writing to, that you're making an attempt, and

14   we've seen it with other inmates, how they --

15       INMATE SUEGA:  Uh-huh.

16       PRESIDING COMMISSIONER ENG:  -- they keep

17   track and they've got copies and dates and even --

18   and you know, where they receive responses,

19   because even people that aren't incarcerated --

20       INMATE SUEGA:  Right.

21       PRESIDING COMMISSIONER ENG:  -- you could

22   send thousands of letters and maybe only 5 percent

23   you might get responses --

24       INMATE SUEGA:  Right.

25       PRESIDING COMMISSIONER ENG:  -- so, but it

26   still shows the panel that you are making some

27   type of effort, okay, and looking at all the

50

1    potential possibilities.  Okay.  Have I missed

2    anything?  Is there anything else that you would

3    like to add relative to your parole plans?

4            INMATE SUEGA:  No.

5            PRESIDING COMMISSIONER ENG:  Okay.  In

6    reference to the 3042 Notices, apparently there is

7    one notice that was in the file, and I believe it

8    -- (inaudible).  Okay.  Well, for some reason this

9    -- the notice is dated June 5th, 2006 from the Los

10   Angeles Police Department, and it's signed by a

11   Greg Hall, H-A-L-L, Captain, and basically states

12   that, "It's the Department's position to adamantly

13   oppose the release of this inmate back into the

14   community."  And we also --

15           ATTORNEY STRINGER:  As to that letter,

16   Commissioner --

17           PRESIDING COMMISSIONER ENG:  Yes.

18           ATTORNEY STRINGER:  -- I would -- I'll

19   stipulate that the Los Angeles Police Department

20   is opposed to parole, but I would invoke my

21   client's right under Title 15, Section 2030, that

22   there is a ten-day rule regarding that type of

23   submission to the Board.

24           PRESIDING COMMISSIONER ENG:  So noted.

25           DEPUTY COMMISSIONER FILANGERI:  Typically,

26   we would not consider that.

27           PRESIDING COMMISSIONER ENG:  Pardon me?

51

1       **DEPUTY COMMISSIONER FILANGERI:**  Typically,

2   we would not consider that under these

3   circumstances.

4       **PRESIDING COMMISSIONER ENG:**  I'm just

5   surprised that I see it dated June 5th, 2006 and

6   that I don't know what happened.

7       **ATTORNEY STRINGER:**  It doesn't surprise me

8   any --

9       **PRESIDING COMMISSIONER ENG:**  Oh.

10      **ATTORNEY STRINGER:**  -- but that --

11      **PRESIDING COMMISSIONER ENG:**  Okay.

12      **ATTORNEY STRINGER:**  -- and the fact that he

13  has support letters that are somewhere --

14      **PRESIDING COMMISSIONER ENG:**  Right.

15      **ATTORNEY STRINGER:**  -- in Sacramento.

16      **PRESIDING COMMISSIONER ENG:**  Okay.  We will

17  not consider that, in all fairness.  But we also

18  have the representative from the Los Angeles

19  County District Attorney's Office who is with us

20  via video and who I'm sure will be making a

21  statement regarding your parole suitability prior

22  to us taking a recess for deliberations.  So on

23  that, I'm going to ask my fellow Commissioner if

24  he has any further questions to ask you.

25      **DEPUTY COMMISSIONER FILANGERI:**  Yeah, I do

26  have a few.  I was looking over the transcripts of

27  the last hearings -- thank you, Commissioner --

52

1   and I'm not satisfied that you've explained what

2   triggered this incident.

3        INMATE SUEGA:  Uh-huh.

4        DEPUTY COMMISSIONER FILANGERI:  So what was

5   going through your mind when you shot at that

6   door?

7        INMATE SUEGA:  Just -- I mean, it happened

8   so quickly that I was just hearing --

9        DEPUTY COMMISSIONER FILANGERI:  What

10  happened so quickly?

11       INMATE SUEGA:  I mean the whole event.  So

12  people were running around --

13       DEPUTY COMMISSIONER FILANGERI:  So how did

14  it -- how did the event begin?

15       INMATE SUEGA:  We drove up in two carloads,

16  basically, and parked the cars down the street

17  because --

18       DEPUTY COMMISSIONER FILANGERI:  Slow down a

19  little bit.  Two carloads of who?

20       INMATE SUEGA:  I didn't know all of them.

21  There was only two of them that I knew, the driver

22  and my friend.  The other ones I knew from

23  (inaudible).

24       DEPUTY COMMISSIONER FILANGERI:  Are you

25  saying you don't the names of the other people?

26       INMATE SUEGA:  Art Sierra, because he was --

27  obviously went to court with me, so --

53

1    **DEPUTY COMMISSIONER FILANGERI:** So it's not

2    that you didn't know the names of the other

3    people.

4    **INMATE SUEGA:** I don't --

5    **DEPUTY COMMISSIONER FILANGERI:** What I'm

6    saying is, who were in those other cars, other

7    gang members?

8    **INMATE SUEGA:** Yes.

9    **DEPUTY COMMISSIONER FILANGERI:** Of what

10   gang?

11   **INMATE SUEGA:** West Side Wilmas.

12   **DEPUTY COMMISSIONER FILANGERI:** Your gang.

13   **INMATE SUEGA:** No. I was from Waterfront

14   Piru.

15   **DEPUTY COMMISSIONER FILANGERI:** And why

16   would you be running with these gangs?

17   **INMATE SUEGA:** As I said, I told her, it was

18   one of them was a friend of mine who used to sleep

19   over at my house, so he wasn't from that gang

20   also, it just -- he was in the car with them when

21   they threw a bottle at the car.

22   **DEPUTY COMMISSIONER FILANGERI:** So these

23   groups, this group of two carloads of people were

24   predominately these gang members?

25   **INMATE SUEGA:** Excuse me?

26   **DEPUTY COMMISSIONER FILANGERI:** This group.

27   **INMATE SUEGA:** Uh-huh.

54

1    **DEPUTY COMMISSIONER FILANGERI:**  Comprised of

2    two carloads of people.

3    **INMATE SUEGA:**  Yes.

4    **DEPUTY COMMISSIONER FILANGERI:**  These people

5    in those cars were primarily gang members?

6    **INMATE SUEGA:**  Yes.

7    **DEPUTY COMMISSIONER FILANGERI:**  All right.

8    And you parked how far away?

9    **INMATE SUEGA:**  About -- not directly in

10   front of the establishment because it was -- cars

11   were pulling out, so maybe a house away.

12   **DEPUTY COMMISSIONER FILANGERI:**  So there was

13   activity going on in front of the establishment?

14   **INMATE SUEGA:**  Yes.

15   **DEPUTY COMMISSIONER FILANGERI:**  Cars pulling

16   out.

17   **INMATE SUEGA:**  Yes.

18   **DEPUTY COMMISSIONER FILANGERI:**  People?

19   **INMATE SUEGA:**  Yes.  People were leaving.

20   **DEPUTY COMMISSIONER FILANGERI:**  Okay.  And

21   you guys parked in front of the next address.

22   **INMATE SUEGA:**  Yes.  Yes.

23   **DEPUTY COMMISSIONER FILANGERI:**  Did you all

24   get out of the car at the same time?

25   **INMATE SUEGA:**  Yes.  At that point everyone

26   got out the car.  I stayed in the car.  Everyone

27   left.

55

1      **DEPUTY COMMISSIONER FILANGERI:**  Hang on.

2   Don't get too far away from me -- ahead of me.

3   Did you notice, were they carrying anything when

4   they got out of the car?

5      **INMATE SUEGA:**  Yes.  Bats, sticks -- not

6   bats, but sticks basically.  I don't know about

7   big sticks, trashcan lids, pipes, stuff that they

8   grabbed from -- that were laying around in

9   projects.

10     **DEPUTY COMMISSIONER FILANGERI:**  Had you ever

11  seen this kind of activity when a group of people

12  were carrying sticks and trashcan lids in the

13  past?

14     **INMATE SUEGA:**  Sure.  I mean we've got --

15     **DEPUTY COMMISSIONER FILANGERI:**  Sure?

16     **INMATE SUEGA:**  -- into fights before, you

17  know, and I mean that's part of, you know, the

18  culture of it I guess.

19     **DEPUTY COMMISSIONER FILANGERI:**  So based on

20  your experience in the past, what do you think

21  these people's intent was?

22     **INMATE SUEGA:**  Was to cause havoc, was to go

23  there and go after the guys that threw the bottle.

24  That was their -- that was what they wanted to do,

25  and that's what we were going back there to do.

26     **DEPUTY COMMISSIONER FILANGERI:**  All right.

27  So now then went from the cars to the door.  You

56

1    didn't accompany any of them?

2         INMATE SUEGA:  No, not at first.

3         DEPUTY COMMISSIONER FILANGERI:  You waited

4    in the car.

5         INMATE SUEGA:  Yes, I sat in the car.

6         DEPUTY COMMISSIONER FILANGERI:  And somebody

7    called you in the car?

8         INMATE SUEGA:  The driver actually came back

9    to the car and moved the car directly in the front

10   of the establishment now, after going --

11        DEPUTY COMMISSIONER FILANGERI:  But you're

12   still in the car?

13        INMATE SUEGA:  Yes.

14        DEPUTY COMMISSIONER FILANGERI:  He got back

15   out?

16        INMATE SUEGA:  Shawn came up to the car and

17   told me to get out and bring the gun out that was

18   under the seat.

19        DEPUTY COMMISSIONER FILANGERI:  Bring the

20   gun.

21        INMATE SUEGA:  Yes.

22        DEPUTY COMMISSIONER FILANGERI:  Hang on.

23   Now where was this gun?

24        INMATE SUEGA:  Under the seat.

25        DEPUTY COMMISSIONER FILANGERI:  Under what

26   seat?

27        INMATE SUEGA:  Passenger seat.

57

1          DEPUTY COMMISSIONER FILANGERI:  Under the

2    passenger seat.

3          INMATE SUEGA:  Yes.

4          DEPUTY COMMISSIONER FILANGERI:  How did you

5    know it was under the passenger seat?

6          INMATE SUEGA:  Because I was in the car when

7    they brought it in.

8          DEPUTY COMMISSIONER FILANGERI:  Well, I

9    guess we got to back up further.  How many people

10   were in the car when you got in the car?

11         INMATE SUEGA:  Five.

12         DEPUTY COMMISSIONER FILANGERI:  And who

13   brought the car in -- who brought the gun in?

14         INMATE SUEGA:  Shawn brought the gun in.

15         DEPUTY COMMISSIONER FILANGERI:  The driver.

16         INMATE SUEGA:  No, he was a back passenger.

17         DEPUTY COMMISSIONER FILANGERI:  I see.  And

18   was there any -- was the other car with you at

19   that point, with this car?

20         INMATE SUEGA:  They were in front of us.

21   They were the first car.

22         DEPUTY COMMISSIONER FILANGERI:  So now

23   there's two carloads --

24         INMATE SUEGA:  Yes.

25         DEPUTY COMMISSIONER FILANGERI:  -- of gang

26   members --

27         INMATE SUEGA:  Yes.

58

1          **DEPUTY COMMISSIONER FILANGERI:**  -- and

2    somebody brings a gun to the car, puts it under

3    the seat --

4          **INMATE SUEGA:**  Yes.

5          **DEPUTY COMMISSIONER FILANGERI:**  -- in your

6    car.

7          **INMATE SUEGA:**  Yes.

8          **DEPUTY COMMISSIONER FILANGERI:**  And then

9    they all go to this place, they all jump out, and

10   they all got -- most of them jump out, they got

11   sticks and trashcan lids.

12         **INMATE SUEGA:**  Uh-huh.

13         **DEPUTY COMMISSIONER FILANGERI:**  But you stay

14   back.  Why did you stay back?

15         **INMATE SUEGA:**  I mean it was also to watch

16   the gun, stay back with the gun.  You know, I was

17   in the front passenger seat.  Everybody got out.

18   I --

19         **DEPUTY COMMISSIONER FILANGERI:**  You were the

20   only one that stayed back?

21         **INMATE SUEGA:**  There was two of us.  I

22   forgot the other guy's name that was in the back

23   of the car.

24         **DEPUTY COMMISSIONER FILANGERI:**  What was the

25   reason for him staying back?

26         **INMATE SUEGA:**  I don't know.  Probably the

27   same reason I was.  I was -- I was just -- I was

59

1    scared also.  I didn't want to get out.  It was

2    moving fast, and part of it was fear.

3         DEPUTY COMMISSIONER FILANGERI:  Okay.

4         INMATE SUEGA:  I didn't have to get out and

5    participate in a sense.

6         DEPUTY COMMISSIONER FILANGERI:  Okay.  So

7    everybody goes over to this establishment, and you

8    stay back, your partner stays back -- your

9    companion stays back, and then Shawn comes to get

10   you.  The other people, the second person in the

11   car with you, and Shawn, you know, not counting

12   them, what were all the other people doing at that

13   point?

14        INMATE SUEGA:  Actually, the driver came

15   back and got the car --

16        DEPUTY COMMISSIONER FILANGERI:  Sorry.

17        INMATE SUEGA:  -- and moved the car again --

18        DEPUTY COMMISSIONER FILANGERI:  Okay.

19        INMATE SUEGA:  -- in front of the

20   establishment and --

21        DEPUTY COMMISSIONER FILANGERI:  Still

22   though, what were the other people doing?  I mean,

23   were you able to watch what these people were

24   doing?

25        INMATE SUEGA:  They were running around with

26   the bats -- I mean not bats but sticks and pipes

27   and trashcan lids, chase -- chasing people, I

60

1   guess.

2       DEPUTY COMMISSIONER FILANGERI:  Chasing

3   people.

4       INMATE SUEGA:  Well, they were running

5   around, so I assumed they were chasing someone.

6       DEPUTY COMMISSIONER FILANGERI:  Well, you

7   don't have to assume, you were right there,

8   weren't you?

9       INMATE SUEGA:  Not up close first.  Not up--

10      DEPUTY COMMISSIONER FILANGERI:  How far --

11      INMATE SUEGA:  -- at the establishment.

12      DEPUTY COMMISSIONER FILANGERI:  -- away were

13  you?

14      INMATE SUEGA:  Again, it was a house -- sort

15  of a house away from the establishment.

16      DEPUTY COMMISSIONER FILANGERI:  Well, what

17  kind of neighborhood are we talking about?  We're

18  talking about the suburbs where houses are on

19  several acre plots here?

20      INMATE SUEGA:  Well, there's a building, and

21  then parking lot, and then there's a house --

22      DEPUTY COMMISSIONER FILANGERI:  Okay.

23      INMATE SUEGA:  -- here, so in the parking

24  lot, people were coming out of the parking lot,

25  and we were parked in front of the house because

26  the streets are basically blocked off, so

27  everything was going on over here, in the parking

61

1    lot in front of the building.

2         DEPUTY COMMISSIONER FILANGERI:  Do you know

3    how big a football field is?

4         INMATE SUEGA:  Yes.

5         DEPUTY COMMISSIONER FILANGERI:  Were you a

6    football field length away?

7         INMATE SUEGA:  No.

8         DEPUTY COMMISSIONER FILANGERI:  Were you a

9    football field width away?

10        INMATE SUEGA:  Maybe ten to 15 yards.

11        DEPUTY COMMISSIONER FILANGERI:  Ten to 15

12   yards.

13        INMATE SUEGA:  Yes.  With cars and people

14   walking around.

15        DEPUTY COMMISSIONER FILANGERI:  Could you

16   see what your -- the people that you arrived there

17   with were doing?

18        INMATE SUEGA:  I could see them running

19   around.

20        DEPUTY COMMISSIONER FILANGERI:  So you

21   didn't know why they were running around?

22        INMATE SUEGA:  Well, I assumed they were

23   chasing someone around.

24        DEPUTY COMMISSIONER FILANGERI:  Okay.  But

25   you didn't see them actually chase anybody.

26        INMATE SUEGA:  I didn't see them --

27        DEPUTY COMMISSIONER FILANGERI:  Is that your

62

1    testimony?

2         INMATE SUEGA:  -- actually chase nor hit

3    somebody --

4         DEPUTY COMMISSIONER FILANGERI:  Okay.

5         INMATE SUEGA:  -- so --

6         DEPUTY COMMISSIONER FILANGERI:  So then they

7    move the car right to the front of the place.  Now

8    you had a real good look on things I assume; is

9    that right?

10        INMATE SUEGA:  Yes.

11        DEPUTY COMMISSIONER FILANGERI:  What were

12   the other people doing then?

13        INMATE SUEGA:  Immediately when we got up

14   there, Shawn came up to the door and told me to

15   get out with the gun, and I got out.  Art Sierra,

16   which was also convicted with me, was hitting on

17   the door, banging on the door, yelling, "Shoot the

18   door.  Shoot the door."

19        DEPUTY COMMISSIONER FILANGERI:  Was he the

20   only one hitting on the door, banging on the door?

21        INMATE SUEGA:  Yes, that I can --

22        DEPUTY COMMISSIONER FILANGERI:  Nobody else?

23        INMATE SUEGA:  I couldn't remember anybody

24   else.  It was just him at the time, banging on the

25   door, and me and Shawn were stand --

26        DEPUTY COMMISSIONER FILANGERI:  Well, I want

27   to push on this "I couldn't remember anybody

63

1  else." Are you -- does that mean that you don't

2  recall seeing anybody else hit the door, or does

3  that mean you just don't know the name of all the

4  other people that were hitting the door?

5      **INMATE SUEGA:** I didn't see anyone around.

6      **DEPUTY COMMISSIONER FILANGERI:** Okay.

7      **INMATE SUEGA:** I also didn't know everyone's

8  names, but I didn't see anyone else at the door.

9      **DEPUTY COMMISSIONER FILANGERI:** So as far as

10  you're concerned, only one person is hitting the

11  door.

12      **INMATE SUEGA:** Yes.

13      **DEPUTY COMMISSIONER FILANGERI:** And he's the

14  one telling you to shoot at the door.

15      **INMATE SUEGA:** He was banging on the door

16  saying, "Shoot the door. Shoot the door," and

17  Shawn was standing next to me, so I turned to

18  Shawn, and Shawn said, "Shoot the door. Shoot the

19  door," and so I turned and just shot at the door.

20      **DEPUTY COMMISSIONER FILANGERI:** You know, I

21  guess we forgot to talk about something. How did

22  you get the gun out of the car?

23      **INMATE SUEGA:** Out of the car seat, from the

24  bottom, I mean --

25      **DEPUTY COMMISSIONER FILANGERI:** When had --

26      **INMATE SUEGA:** -- from the passenger --

27      **DEPUTY COMMISSIONER FILANGERI:** -- you done

64

1    that?

2          INMATE SUEGA:  When I got out of the car.

3    It's --

4          DEPUTY COMMISSIONER FILANGERI:  How far away

5    from the car were you when you shot at the door?

6          INMATE SUEGA:  I had just took a couple

7    steps to the sidewalk, so it was a grass -- maybe

8    five feet away from the car, and maybe 15 feet

9    away from the door, 15 to 20 feet away from the

10   door.

11         DEPUTY COMMISSIONER FILANGERI:  Closer to

12   the car than the door.

13         INMATE SUEGA:  Yes.

14         DEPUTY COMMISSIONER FILANGERI:  But no more

15   than like a car's length from the door.  Cars --

16   you know, a car length?

17         INMATE SUEGA:  Yeah.

18         DEPUTY COMMISSIONER FILANGERI:  The length

19   of a car?

20         INMATE SUEGA:  About a car, car and a half,

21   maybe.

22         DEPUTY COMMISSIONER FILANGERI:  And you

23   still can't come up with any reason for shooting

24   at the door?

25         INMATE SUEGA:  I mean I shot at the door by

26   just reacting.  I mean the reasons can go back to,

27   you know, (inaudible) decisions I've made

65

1  throughout my childhood, I guess, and from --

2  starting from the age of 13, you know, why did I

3  do what I did.  And so I mean I sold drugs and

4  accumulated almost seven, eight arrests for drug

5  and possession, and why did I continue to do it.

6  I mean it's, you know --

7      DEPUTY COMMISSIONER FILANGERI:  That's --

8      INMATE SUEGA:  -- simply called --

9      DEPUTY COMMISSIONER FILANGERI:  --

10  something--

11     INMATE SUEGA:  -- insanity.

12     DEPUTY COMMISSIONER FILANGERI:  I don't know

13  why you can't answer that question, I want to know

14  why you can't answer this question.

15     INMATE SUEGA:  I --

16     DEPUTY COMMISSIONER FILANGERI:  And Counsel,

17  you can object to this if you think it's

18  argumentative, but I'm still going to get the

19  question on the record.

20     INMATE SUEGA:  Uh-huh.

21     DEPUTY COMMISSIONER FILANGERI:  What stops

22  you from saying, "Yeah, these are gang bangers

23  that were trying to get at the people inside that

24  door, and I was part of it"?

25     INMATE SUEGA:  Well --

26     DEPUTY COMMISSIONER FILANGERI:  What stops

27  you from saying that?

66

1       **INMATE SUEGA:**  Feeling like you're -- you

2  won't be accepted.  I mean, it's just being

3  rejected, and so, you know, these -- this is a

4  group of people that I ended up associating with,

5  this is where I went to look for acceptance, and

6  it was in the wrong place.  It was false

7  acceptance.

8       **DEPUTY COMMISSIONER FILANGERI:**  Okay.  Well,

9  let's try the back door.  What does it take to be

10  accepted by these people?

11       **INMATE SUEGA:**  I was selling drugs for them.

12       **DEPUTY COMMISSIONER FILANGERI:**  You were

13  selling drugs for these people?

14       **INMATE SUEGA:**  Yes.

15       **DEPUTY COMMISSIONER FILANGERI:**  Same --

16       **INMATE SUEGA:**  Not the same --

17       **DEPUTY COMMISSIONER FILANGERI:**  Same gang?

18       **INMATE SUEGA:**  -- people, but I mean in the

19  same sort of, you know --

20       **DEPUTY COMMISSIONER FILANGERI:**  Gang

21  bangers--

22       **INMATE SUEGA:**  -- atmosphere.

23       **DEPUTY COMMISSIONER FILANGERI:**  -- but

24  different moniker, different gang?

25       **INMATE SUEGA:**  Right.

26       **DEPUTY COMMISSIONER FILANGERI:**  All right.

27  I'm not trying to put words in your mouth, I'm

67

1    sorry, but when I say something like that it's

2    because that's the impression I'm getting, or

3    testing it on you, with the intention that you

4    correct me if I'm wrong, okay?

5        INMATE SUEGA:  Yeah.

6        DEPUTY COMMISSIONER FILANGERI:  Okay.  So

7    what else did it take to get these people's

8    respect?

9        INMATE SUEGA:  I mean, just -- I mean

10   violence.  I know now violence gets people's

11   respect in the gang culture and drugs and --

12       DEPUTY COMMISSIONER FILANGERI:  Had you

13   been--

14       INMATE SUEGA:  -- selling drugs.

15       DEPUTY COMMISSIONER FILANGERI:  -- violent

16   around these gang people before?

17       INMATE SUEGA:  No.  That's why -- I mean not

18   at that time.

19       DEPUTY COMMISSIONER FILANGERI:  This is the

20   first time.

21       INMATE SUEGA:  Well, that's the first time I

22   shot.  I mean I participated in gang sort of

23   fights and pretty much, you know, violence in that

24   way.

25       DEPUTY COMMISSIONER FILANGERI:  What had

26   your role been in those things?

27       INMATE SUEGA:  A follower.  I mean like I

68

1    said, I was a follower.  I was --

2        DEPUTY COMMISSIONER FILANGERI:  Okay.  No

3    doubt.  But I was thinking, did you have a

4    trashcan lid, did you have a knife, did you have a

5    bat, a pipe?

6        INMATE SUEGA:  No.  I mean just --

7        DEPUTY COMMISSIONER FILANGERI:  Did you have

8    anything?

9        INMATE SUEGA:  -- just (inaudible)

10   fightings, just fighting with the fists.

11       DEPUTY COMMISSIONER FILANGERI:  Well, you

12   never armed yourself with anything?

13       INMATE SUEGA:  No.

14       DEPUTY COMMISSIONER FILANGERI:  Never ever?

15       INMATE SUEGA:  I mean I've had sticks and

16   stuff in fighting, but I've never carried knives

17   and guns at the time.

18       DEPUTY COMMISSIONER FILANGERI:  Okay.

19       INMATE SUEGA:  I mean proof of that would be

20   -- I mean I had constant contact with police over

21   a span of three and a half years.  Not once was I

22   ever caught with possession of a knife let alone a

23   gun.

24       DEPUTY COMMISSIONER FILANGERI:  You know --

25   and I don't mean to argue with you.  I'm --

26       INMATE SUEGA:  Well, I was just --

27       DEPUTY COMMISSIONER FILANGERI:  -- not

69

1  trying --

2          INMATE SUEGA:  All right.

3          DEPUTY COMMISSIONER FILANGERI:  I'm just

4  trying to get to the truth.  Okay.  Did you ever

5  hit anybody in a fight with a stick?

6          INMATE SUEGA:  Yes.

7          DEPUTY COMMISSIONER FILANGERI:  And how was

8  that any different than shooting in this door?

9          INMATE SUEGA:  There's no difference.

10         DEPUTY COMMISSIONER FILANGERI:  You're sure?

11         INMATE SUEGA:  It's violence.

12         DEPUTY COMMISSIONER FILANGERI:  Because your

13  answer to the questions for the last -- at the

14  last two hearings like there's a big difference.

15         INMATE SUEGA:  Well --

16         DEPUTY COMMISSIONER FILANGERI:  Like there's

17  something that just keeps you from saying, "Yeah,

18  it was a gang thing.  I got caught up in it and I

19  just shot at the door."  But you don't say that.

20         INMATE SUEGA:  It's easy for me to remove

21  myself now because there's no -- I mean I felt --

22  there's no pressures now in a sense as a kid to

23  wanting to belong to something and to be accepted

24  by a group of people, and you know, those

25  pressures don't affect me now because I know who I

26  am now.

27         DEPUTY COMMISSIONER FILANGERI:  Sure.  It's

70

1   hard --

2           INMATE SUEGA:  And so --

3           DEPUTY COMMISSIONER FILANGERI:  -- for you

4   to even imagine how real it was then.

5           INMATE SUEGA:  Right.  I mean everyone's

6   been a child before, a kid before, and we've all

7   done things I think as kids that we regret later,

8   and so, you know, in that way I'm saying that, you

9   know, it's not a excuse that I was impressionable

10  and was used by people, you know, it's just the

11  reality that I fell into a space that -- I mean I

12  could've went to a marine base and blew up a

13  marine base and I would've been a marine.  If I'd

14  have grew up in a, you know, a college environment

15  where academics was important, I'd have been a

16  academic.

17          DEPUTY COMMISSIONER FILANGERI:  It's a

18  culture thing.

19          INMATE SUEGA:  I mean it's not a cultural

20  thing in that sense.

21          DEPUTY COMMISSIONER FILANGERI:  A

22  neighborhood cultural sort of thing.

23          INMATE SUEGA:  It's difficult to remove

24  yourself if you have an inability to remove

25  yourself.

26          DEPUTY COMMISSIONER FILANGERI:  Sure.

27          INMATE SUEGA:  And so I couldn't just walk

71

1    away from the situation, I was placed in a

2    situation, and the friends that I had to make

3    friends with were usually friends that were

4    associated in that neighborhood with gangs and

5    drugs --

6          **DEPUTY COMMISSIONER FILANGERI:**  I got you.

7    I got you.

8          **INMATE SUEGA:**  -- and I mean --

9          **DEPUTY COMMISSIONER FILANGERI:**  I want to

10   switch gears thought.

11         **INMATE SUEGA:**  All right.

12         **DEPUTY COMMISSIONER FILANGERI:**  I want to

13   switch gears a little bit.  I know my partner is

14   getting concerned about how much time I'm taking

15   here.  Why you and the gun?

16         **INMATE SUEGA:**  Huh?

17         **DEPUTY COMMISSIONER FILANGERI:**  How'd that

18   marriage happen?  Why you and the gun?  How did

19   those -- how did you get connected with the gun?

20         **INMATE SUEGA:**  I was in the passenger seat

21   and they -- when they brought the gun, they handed

22   it to me, I put it underneath the car seat and --

23         **DEPUTY COMMISSIONER FILANGERI:**  So it's just

24   being dumb luck that you were shotgun?

25         **INMATE SUEGA:**  Not dumb luck.  I mean I'm

26   not -- you know, it made me feel important that I

27   was --

72

1        **DEPUTY COMMISSIONER FILANGERI:**  Sure.

2        **INMATE SUEGA:**  -- placed in the situation

3    where, "Okay, here's this responsibility."  As

4    dumb as that sounds, you know, I was a kid and

5    thought like a kid, and you know, to be placed

6    with that responsibility, it sort of made me feel

7    important and powerful, and so, you know, when I

8    took the gun out, I mean I didn't come out and

9    look at things and feel powerless in a sense, it

10   gave me some kind of power in a false sense, but

11   it also took away, you know, it took away a life.

12   And when I shot into the door and ran, I had no

13   idea --

14       **DEPUTY COMMISSIONER FILANGERI:**  You're

15   getting ahead of me here.

16       **INMATE SUEGA:**  -- that, you know.

17       **DEPUTY COMMISSIONER FILANGERI:**  You were in

18   the passenger seat, the front passenger seat,

19   right?

20       **INMATE SUEGA:**  Right.

21       **DEPUTY COMMISSIONER FILANGERI:**  Shotgun.

22       **INMATE SUEGA:**  Well, yeah, in the car seat.

23       **DEPUTY COMMISSIONER FILANGERI:**  Right?

24       **INMATE SUEGA:**  Yes.

25       **DEPUTY COMMISSIONER FILANGERI:**  All these

26   other guys are gang partners and stuff.

27       **INMATE SUEGA:**  Right.

73

1    DEPUTY COMMISSIONER FILANGERI:  How did you

2  rate getting in the primary seat in the car --

3    INMATE SUEGA:  It was --

4    DEPUTY COMMISSIONER FILANGERI:  -- or a

5  special seat in the car, next to the driver?

6    INMATE SUEGA:  It was -- it wasn't that

7  special at the time when --

8    DEPUTY COMMISSIONER FILANGERI:  No?  There

9  wasn't anything special about that night for you.

10    INMATE SUEGA:  No, not that I thought.  I

11  mean it was chaotic.  I mean everybody was running

12  into the cars.  I jumped in and jumped in front.

13    DEPUTY COMMISSIONER FILANGERI:  Whose car

14  was it?

15    INMATE SUEGA:  I can't recall his name.

16    DEPUTY COMMISSIONER FILANGERI:  But not your

17  buddy's?

18    INMATE SUEGA:  No, but he was one of the

19  state witnesses, one of the major state witnesses.

20    DEPUTY COMMISSIONER FILANGERI:  Yeah.  His

21  name is not important.  All right.  How's this gun

22  work?

23    INMATE SUEGA:  Just clicked it back and you

24  shot, it just shot.

25    DEPUTY COMMISSIONER FILANGERI:  Clicked what

26  back?

27    INMATE SUEGA:  The side.

74

1       **DEPUTY COMMISSIONER FILANGERI:** So you had

2 the click the back --

3       **INMATE SUEGA:** Yes.

4       **DEPUTY COMMISSIONER FILANGERI:** -- click it

5 back to make it go?

6       **INMATE SUEGA:** Yes. I don't know what it's

7 called. I mean I'm not familiar with firearms,

8 but there's a thing that you pull back to load

9 basically, and it'd just fire. I was surprised it

10 fired that many times, what they said. I didn't

11 think I shot that many times.

12       **DEPUTY COMMISSIONER FILANGERI:** How many

13 times did you pull the trigger?

14       **INMATE SUEGA:** I thought twice.

15       **DEPUTY COMMISSIONER FILANGERI:** And how many

16 times did it go off?

17       **INMATE SUEGA:** They said 11 shots in the

18 report.

19       **DEPUTY COMMISSIONER FILANGERI:** Was this the

20 kind of gun that would go off more than once if

21 you just pulled -- if you just held the trigger?

22       **INMATE SUEGA:** I don't know.

23       **DEPUTY COMMISSIONER FILANGERI:** You don't

24 know.

25       **INMATE SUEGA:** It just fired, and so I

26 thought --

27       **DEPUTY COMMISSIONER FILANGERI:** How did you

1    know to pull the thing back to make it go?

2        INMATE SUEGA:  Seen it in a billion movies.

3    I mean, it's all the same, I mean, movies and

4    video games and stuff.

5        DEPUTY COMMISSIONER FILANGERI:  Because in

6    reading the psychiatrist's report and

7    psychologist's report, you seemed to have

8    convinced the psychologist that you really weren't

9    familiar with this stuff, you really didn't know

10    how it worked, or what it was capable of, or that

11    stuff.

12        INMATE SUEGA:  Well, that's not absolutely

13    true.  I mean, I've seen --

14        DEPUTY COMMISSIONER FILANGERI:  Well, now's

15    the time to clear that up.

16        INMATE SUEGA:  I've seen guns around.

17        DEPUTY COMMISSIONER FILANGERI:  Yeah?

18        INMATE SUEGA:  What I told her is that I'd

19    never used guns as another -- carried guns around

20    nor used them.

21        DEPUTY COMMISSIONER FILANGERI:  Had you

22    handled this specific gun before?

23        INMATE SUEGA:  No.

24        DEPUTY COMMISSIONER FILANGERI:  Had you

25    handled a gun like it?

26        INMATE SUEGA:  No.

27        DEPUTY COMMISSIONER FILANGERI:  Had you ever

76

1  handled a gun that you had to pull the thing back

2  in order to make it go?

3      INMATE SUEGA:  Handguns.

4      DEPUTY COMMISSIONER FILANGERI:  What kind of

5  handgun?

6      INMATE SUEGA:  Handguns, I guess.

7      DEPUTY COMMISSIONER FILANGERI:  The same

8  kind of thing?

9      INMATE SUEGA:  Three-eighty.  No, it was

10  different, so --

11      DEPUTY COMMISSIONER FILANGERI:  A different

12  kind of thing.

13      INMATE SUEGA:  Probably.

14      PRESIDING COMMISSIONER ENG:  How about

15  safeties?  Were there any safeties on this thing?

16      INMATE SUEGA:  Safeties?  There probably

17  was.  I didn't know if was.

18      DEPUTY COMMISSIONER FILANGERI:  So as far as

19  you had to do is just pull the thing out from

20  underneath the seat, pull the thing back and pull

21  the trigger?

22      INMATE SUEGA:  Yeah.  At that time I'm only

23  sort like I said, the handguns, like pellet guns,

24  BB guns with air tanks that you either pump the

25  bottom, or there's a air cartridge where you pull

26  back and --

27      DEPUTY COMMISSIONER FILANGERI:  Yeah, but

77

1   this wasn't --

2        INMATE SUEGA:   -- pump the air.

3        DEPUTY COMMISSIONER FILANGERI:   -- anything

4   like that.

5        INMATE SUEGA:   Right.

6        DEPUTY COMMISSIONER FILANGERI:   Was it?

7        INMATE SUEGA:   No.

8        DEPUTY COMMISSIONER FILANGERI:   That's what

9   I'm saying.

10       INMATE SUEGA:   Right.

11       DEPUTY COMMISSIONER FILANGERI:   The

12   psychologist seems to think that with your limited

13   experience with this thing that it somehow

14   exonerates you from responsibility since all you

15   knew about was BB guns and pellet guns and say,

16   "I'm not violent."

17       INMATE SUEGA:   Right.   Right.   A three year

18   old took a gun and shot themselves with a gun a

19   couple months ago.   I mean it's --

20       DEPUTY COMMISSIONER FILANGERI:   You know,

21   that's true.   I don't know what life's like back

22   on the block.   Maybe --

23       INMATE SUEGA:   Well, I mean --

24       DEPUTY COMMISSIONER FILANGERI:   -- for your

25   own -- you don't know how guns work --

26       INMATE SUEGA:   -- what I'm saying is the

27   gun--