PRISONN SEUGA E-367500
QUENTIN STATE PRISON 3-N-18
QUENTIN, CA 94974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102-3483

RECEIVED

DEC 2 6 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal
Mail



02 1M
0004248283
MAILED FROM ZIP CODE 94964

$ 04.60°
DEC 19 2007

UNITED STATES POSTAGE