*E-FILED - 2/28/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEUGA HARRISON, | ) | No. C 07-6480 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| ROBERT L. AYERS, WARDEN, | ) | |
| Respondent. | ) | |

On December 27, 2007, petitioner, proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254. On that same day, the court sent a notification to petitioner that he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. The court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if petitioner failed to pay the fee or file the completed application within thirty days.

As of the date of this order, plaintiff has not communicated with the court, nor filed a completed in forma pauperis application or paid the filing fee.

//

//

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\Harrison480disifp         1

1  Accordingly, the instant habeas action is dismissed without prejudice for failure to submit
2  a completed in forma pauperis application or pay the filing fee. The clerk shall terminate
3  any pending motions and close the file.
4       IT IS SO ORDERED.
5  DATED: 2/28/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1  This is to certify that on  2/28/08  , a copy of this ruling was mailed to the following:

3  Seuga Harrison
   E-47650/ 3-N-18
4  San Quentin State Prison
   San Quentin, CA  94974

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\Harrison480disifp        3