1

2

3

4

5                                            *E-FILED - 2/28/08*

6

7

8

9

10               IN THE UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

    SEUGA HARRISON,                    )      No. C 07-6480 RMW (PR)
13                                     )
                  Petitioner,          )      JUDGMENT
14                                     )
       vs.                             )
15                                     )
    ROBERT L. AYERS, WARDEN,           )
16                                     )
                  Respondent.          )
17   _____ )

18

19        The court has dismissed the instant habeas petition without prejudice for

20  petitioner's failure to pay the filing fee or file a completed in forma pauperis application.

    A judgment of dismissal without prejudice is entered.  The clerk shall close the file.
21
          IT IS SO ORDERED.
22
    DATED: 2/28/08                        *Ronald M Whyte*
23                                        _____
                                            RONALD M. WHYTE
24                                         United States District Judge

25

26

27

28

    Judgment
    P:\pro-se\sj.rmw\hc.07\Harrison480jud        1

1    This is to certify that on __2/28/08__, a copy of this ruling was mailed to the following:

2

3    Seuga Harrison
     E-47650/ 3-N-18
     San Quentin State Prison
4    San Quentin, CA  94974

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\hc.07\Harrison480jud          2