



*E-FILED - 2/28/08*

:S DISTRICT COURT

TRICT OF CALIFORNIA

No. C 07-6480 RMW (PR)

JUDGMENT

is petition without prejudice for

completed in forma pauperis application.

tered. The clerk shall close the file.

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

28

Judgment
P:\pro-se\sj.rmw\hc.07\Harrison480jud        1